█ GEORGE JOSEPH, Appellant, v CHARLES F. LORING, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the County Court, Westchester County, dated June 24, 1975, which vacated a judgment taken against defendant on default, upon certain conditions. Order affirmed, without costs or disbursements. On the record it cannot be said that Special Term abused its discretion in vacating the default judgment on terms. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

█ PETER MANCINI et al., Respondents, v JUNIUS T. S. BARD et al., Appellants.—In an action for a declaratory judgment, defendants appeal from a judgment of the Supreme Court, Westchester County, dated October 28, 1975, which, *inter alia,* declared that plaintiffs have a right of ingress to and egress from Lots 16B-2 and 16C-1 over Palmer Lane West. Judgment reversed, on the law, with costs, and case remanded to Special Term for entry of an appropriate judgment in accordance herewith. The findings of fact are affirmed. While Special Term properly determined that plaintiffs have an interest in Palmer Lane West, it is a limited interest; Special Term's conclusion that they have the right to use Palmer Lane West as a means of access to and from Lots 16B-2 and 16C-1 was erroneous. Plaintiffs seek to add to the area serviced by this road parcels which were never part of the Gulesian tract from which the properties of the parties to this action were formed. Since the relief sought is essentially that of creating an easement in property held in common with the other successors in interest of Gulesian, the relief sought should have been denied (see *Palmer v Palmer,* 150 NY 139, 149; *Crippen v Morss,* 49 NY 63). Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

█ MICHAEL T. MANISCALCO et al., Respondents, v INTERNATIONAL HOTEL OF LAS VEGAS, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from a judgment of the Supreme Court, Kings County, entered July 16, 1975, in favor of plaintiffs, upon a jury verdict. Judgment, insofar as it is in favor of plaintiff Susan Maniscalco, affirmed, without costs. Judgment, insofar as it is in favor of plaintiff Michael T. Maniscalco, reversed, on the law, and, as between said plaintiff and the defendant, action severed, and new trial granted with respect to the issue of damages only, with costs to abide the event, unless, within 20 days of the order to be entered hereon, said plaintiff shall serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in his favor from $250,000 to $150,000, in which event the judgment in his favor, as so reduced and amended, is affirmed, without costs. No questions of fact were presented on this appeal. The amount of the judgment in favor of plaintiff Michael T. Maniscalco was excessive to the extent indicated herein. Hopkins, Acting P. J., Cohalan, Damiani, Christ and Titone, JJ., concur.